JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR07-5815BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| JOHN OBERT, | ) | |
| Defendant. | ) | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to April 4, 2008.

DONE this 17th day of March, 2008.

BENJAMIN H. SETTLE
United States District Judge

Presented by:
/s/ Russell V. Leonard          /s/ Bruce Miyake
Russell V. Leonard              Bruce Miyake
Attorney for Defendant          Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE          1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710