JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-5815BHS |
| ) | |
| Plaintiff, ) | ORDER SEALING AFFIDAVIT OF |
| ) | COUNSEL IN SUPPORT OF |
| vs. ) | STIPULATED MOTION TO |
| ) | CONTINUE TRIAL DATE |
| JOHN OBERT, ) | |
| ) | |
| Defendant. ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Stipulated Motion to Continue Trial Date,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 4th day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ *Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**